No. 02–93.  ZAMAN ET AL. *v.* ATLANTIC RICHFIELD CO. ET AL. C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5025.  GUTIERREZ *v.* FAIRMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5248.  CARTWRIGHT *v.* UPJOHN CO. ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5321.  CUYLER *v.* WAL-MART STORES, INC.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5576.  HUTCHISON *v.* PETROLEUM HELICOPTERS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1648.  GLOVER ET UX. *v.* STANDARD FEDERAL BANK ET AL.  C. A. 8th Cir.  Motion of petitioners to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 01–1666.  DUBIN ET AL. *v.* BANK OF HAWAII ET AL.  C. A. 9th Cir.  Motion of petitioners to consolidate case with No. 02–317, *Dubin et al.* v. *Bank of Hawaii et al.,* denied.  Certiorari denied.

No. 01–1685.  CHAVEZ *v.* UNIVERSAL MARITIME SERVICE CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 01–1727.  NEW JERSEY ET AL. *v.* A. A. ET AL.; and
No. 02–18.  A. A. ET AL. *v.* NEW JERSEY ET AL.  C. A. 3d Cir. Certiorari before judgment denied.